Filed in Open Court
6/12/26
Skyler B. O'Hara
By VLP
Deputy

AO 468 (Rev. 1/86) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
Plaintiff )
)
v. ) CASE NUMBER: 26-mj-8127-JBW-1
)
BISAAM GHAFOOR, )
Defendant. )

## WAIVER OF PRELIMINARY HEARING

**(Rule 5 or 32.1, Fed. R. Crim. P.)**

I have been charged in a Complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

[signature]
*Defendant*

June 12, 2026
*Date*

[signature]
*Counsel for Defendant*