# UNITED STATES DISTRICT COURT
### District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                        **CASE NO.**  26-cr-20077-HLT-JBW

BISAAM GHAFOOR,
BAREEN DZAYEE,
         **and**
ELIAS SHAMSALDEEN,

        **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

During all times relevant to the facts of this case:

## BACKGROUND

1.    Bisaam Ghafoor ("Ghafoor") is a United States citizen living in Leawood, Kansas.

2.    Bareen Dzayee ("Dzayee") is a United States citizen living in Lakeside, California.

1

3.      Elias Shamsaldeen ("Shamsaldeen") is a United State citizen living in Porterville, California.

4.      Ghafoor, Shamsaldeen, and Dzayee agreed to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS"), a designated foreign terrorist organization.  Ghafoor, Dzayee, and Shamsaldeen communicated with each other about several plans to support ISIS, including through the provision of personnel, services, and money.  Ghafoor, Dzayee, and Shamsaldeen either pledged allegiance or "Bayat" to ISIS and its leader or expressed a desire to be a "terrorist."

5.      Ghafoor, Dzayee, and Shamsaldeen collectively provided approximately $2,040 to an individual they believed to be an ISIS member for the purpose of purchasing rocket-propelled grenades ("RPGs") and drones, which, in turn, Ghafoor, Dzayee, and Shamsaldeen understood would be used to attack and kill U.S. servicemembers deployed overseas.

**Designated Foreign Terrorist Organization**

6.      On or about October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.

7.      On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State

2

of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS"— which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat.

8.      To date, ISIS remains a designated FTO.

## <u>COUNT 1</u>

**CONSPIRACY TO PROVIDE MATERIAL SUPPORT
TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION
[18 U.S.C. § 2339B]**

9.      Paragraphs 1 through 8 are incorporated herein by reference.

10.     Beginning by at least February 1, 2025, and continuing at least through on or about June 5, 2026, the dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**BISAAM GHAFOOR,
BAREEN DZAYEE,
and
ELIAS SHAMSALDEEN,**

conspired and agreed together and with persons, both known and unknown to the Grand Jury, to provide "material support and resources" as that term is defined in Title 18, United States Code, Section 2339A(b) to ISIS, a foreign terrorist organization designated by the

3

United States Secretary of State on or about October 15, 2004, and remains currently designated as such.

11.    Defendants **Ghafoor, Dzayee, and Shamsaldeen** knew that ISIS was a "designated terrorist organization" as that term is defined in Title 18, United States Code, Section 2339B(g)(6); that ISIS engaged in and was engaging in "terrorist activity" as that term is defined in Section 212(a)(3)(B) of the Immigration and Nationality Act; and that ISIS engaged in and was engaging in "terrorism" as that term is defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989.

12.    In violation of Title 18, United States Code, Section 2339B(a)(1).

## FORFEITURE NOTICE

13.    The allegations contained in Count 1 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c).

14.    Upon conviction of the offense set forth in Count 1, the defendants,

**BISAAM GHAFOOR,**
**BAREEN DZAYEE,**
**and**
**ELIAS SHAMSALDEEN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), all right, title, and interest in all assets, foreign and domestic.  The property to be forfeited includes, but is not limited to, the following:

a.    Approximately $2,040;

4

b.      Defendant Ghafoor's electronic devices;

c.      Defendant Dzayee's electronic devices; and

d.      Defendant Shamsaldeen's electronic devices.


A TRUE BILL.


July 1, 2026                                    s/Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Scott C. Rask & Michelle McFarlane*
Scott C. Rask & Michelle McFarlane
Assistant United States Attorneys
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov
Ks. S. Ct. No. 15643
Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

/s/ *Justin Sher & Jayhoun Rezai*
Justin Sher & Jayhoun Rezai
Trial Attorneys
Counterterrorism Section
National Security Division
950 Pennsylvania Avenue, NW
Room 7645A
Washington, D.C. 20530
(202) 353-3909
(202) 514-8714 (fax)
Justin.Sher@usdoj.gov

5

DC Bar No. 974235
Jay.Rezai@usdoj.gov
DC Bar No. 252603

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count 1:  18 U.S.C. § 2339B(a)(1)

- Punishable by a term of imprisonment of not more than twenty years.  18 U.S.C. § 2339B(a)(1).

- A term of supervised release of not more than life.  18 U.S.C. § 3583(j).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.