**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BISAAM GHAFOOR,**

**Defendant.**

**Case No: 26-cr-20077-HLT**
**AUSA: Michelle McFarlane**
**Defendant: Laquisha Ross**

| | | | |
|---|---|---|---|
| JUDGE: | Judge Angel D. Mitchell | DATE: | July 6, 2026 |
| DEPUTY CLERK: | Audra Harper | TAPE/REPORTER: | FTR Network @ 2:10 pm |
| INTERPRETER: | | PROBATION: | ________________________ |

PROCEEDINGS

☐ Initial Appearance ☐ Initial Revocation Hearing ☐ Bond Hearing
☐ Detention Hearing ☐ Initial Rule 5(c)(3) ☐ Bond Revocation Hearing
☒ **Arraignment – 3 minutes** ☐ Preliminary Hearing ☐ Status Conference
☐ Discovery Conference ☐ Pretrial Conference ☐ In-Court Hearing

☐ Defendant sworn ☐ Examined re: financial status ☐ Counsel appointed

☐ Waived Reading ☒ **Read to Defendant:** ☒ **Indictment** ☐ Information ☐ Complaint
☒ **Number of Counts: 1** ☐ Guilty ☒ **Not Guilty** ☐ Indictment Unsealed

☐ Bond Revoked ☐ Continued on present conditions ☐ Release Order executed ☒ **Previously Remanded to Custody (DE 11)**

☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Status Conference: August 18, 2026 at 9:00 AM before Judge Teeter in Courtroom 427.**

OTHER: Defendant appears in person, in custody, and with counsel. The court arraigns the defendant on the indictment. The defendant remains in custody (DE 11). A status conference is set for 8/18/26 at 9am before Judge Teeter.