**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ELIAS SHAMSALDEEN,**

**Defendant.**

**Case No: 26-cr-20077-HLT-3**
**AUSA: Scott Rask & Michelle McFarlane**
**Defendant: Lance Sandage(retained)**

| | | | |
|---|---|---|---|
| JUDGE: | Judge Angel D. Mitchell | DATE: | July 10, 2026 |
| DEPUTY CLERK: | Audra Harper | TAPE/REPORTER: | FTR Network @ 10:59am |
| INTERPRETER: | __________________ | PROBATION: | Amanda Hudson |

PROCEEDINGS

☒ **Initial Appearance - 3 minutes**
☐ Initial Revocation Hearing
☐ Bond Hearing
☐ Detention Hearing
☐ Initial Rule 5(c)(3)
☐ Bond Revocation Hearing
☒ **Arraignment – 3 minutes**
☐ Preliminary Hearing
☐ Status Conference
☐ Discovery Conference
☐ Pretrial Conference
☐ In-Court Hearing

☐ Defendant sworn
☐ Examined re: financial status
☐ Counsel appointed –

☒ **Charges and penalties explained to defendant**
☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**
☒ **Felony**
☐ Misdemeanor
☐ Declines to Waive Indictment
☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment
☐ Information filed
☐ Advised of Rights Under Rule _______
☐ Signed Consent to Transfer ______

☐ Waived Reading
☒ **Read to Defendant:**
☒ **Indictment**
☐ Information
☐ Complaint
☒ **Number of Counts: 1**
☐ Guilty
☒ **Not Guilty**
☐ Indictment Unsealed

☐ Bond Revoked
☐ Continued on present conditions
☐ Release Order executed
☒ **Previously Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Status Conference: August 18, 2026 at 9:00 AM before Judge Teeter in Kansas City Courtroom 427.**

OTHER: Defendant appears in person, in custody, and with retained counsel. The court arraigns the defendant on his charge. A Status Conference is set for 8/18/26 at 9:00am before Judge Teeter. The issue of detention will be taken up on 7/22/26 at 10am before Judge Teeter. The defendant is remanded to the custody of the US Marshal Service as previously ordered.