**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

**UNITED STATES OF AMERICA,** **Michelle McFarlane and Scott Rask, AUSA**

**Plaintiff,**

**v.** **Case No: 26-cr-20077-HLT-JBW-2**

**BAREEN DZAYEE,** **Branden L. Smith/ Nicholas De Pento, retained**

**Defendant.**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Judge Wieland** | **DATE:** | **7/13/2026** |
| **CLERK:** | **VaMeshia Perry** | **TAPE/REPORTER:** | **FTR/JBW: 1:34** |
| **INTERPRETER:** | **N/A** | **PROBATION:** | **Amanda Hudson** |

## PROCEEDINGS

☒**Initial Rule 5/Rule 5(c)(3) - 9 minutes** ☐Initial Revocation Hearing ☐Bond Hearing
☐Detention Hearing - minutes ☐Preliminary Hearing ☐Bond Revocation Hearing
☒**Arraignment - 1 minute**
☐Discovery Conference
☒**Violations explained to defendant**
☒**Constitutional Rights Explained**
☒**Felony** ☐Misdemeanor

☐Advised of Rights Under Rule _______
☐Signed Consent to Transfer ______
☐ **Waived Reading of:** ☒ **Read to Defendant:**
☒ **Indictment**
☐ **Information**
☒ **Counts: 1**
☐**Guilty** ☒**Not Guilty**

☒**Due Process Protections Act (Brady v. Maryland)**
☒**Previously remanded to Custody (DE #21) pending trial.**
☒**Case Management Order will be issued by Magistrate Judge Wieland.**
☒ **Status Hearing set for August 18, 2026 at 9:00 a.m. in courtroom 427 before Judge Teeter.**

**OTHER: Defendant appears in person, in custody, with retained counsel Branden L. Smith and Nicholas De Pento. The Court advises if Defendant is not a U.S. citizen, Defendant has the right to have a consular representative contacted on his behalf. Defense counsel states that this is not applicable. Defendant was previously ordered detained on June 11, 2026 at his appearance in the Southern District of California before Judge Brian J. White. Defense counsel states that they plan to appeal the detention order to the District Judge. Defendant remanded to custody of the U.S. Marshals Service.**