**CLERK'S COURTROOM MINUTE SHEET**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BISAAM GHAFOOR (01), BAREEN DZAYEE (02), and ELIAS SHAMSALDEEN (03),**<br><br>**Defendants** | **Case No. 2:26-cr-20077-HLT** |

**Attorney for Plaintiff: Michelle McFarlane**
**Attorney for Defendant (1): Bailey Kennedy for Laquisha Ross**
**Attorney for Defendant (2): Nicholas DePento & Branden Smith**
**Attorney for Defendant (3): Lance Sandage**

| | | | |
|---|---|---|---|
| **JUDGE:** | **District Judge Holly L. Teeter** | **DATE:** | **9/10/2026** |
| **CLERK:** | **Misty Deaton** | **TAPE/REPORTER:** | **Kristina Scott** |

# STATUS CONFERENCE

Defendants' counsel request a 60-day continuance of the status conference for reasons as set forth in the full record. The government does not oppose. The Court **GRANTS** the request.

Status Conference is set for **November 17, 2026, at 9:00 a.m.** in KC Courtroom 427.

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial.

It is ordered by the Court that **September 10, 2026 to November 17, 2026**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendants in a speedy trial. The co-defendant exception also applies as set forth in the full record.

Defendants remain in custody.