**In the United States District Court
for the District of Kansas**

**United States of America**,
Plaintiff,

v. Case No. 26-20077-HLT

**Bisaam Ghafoor,**
**Bareen Dzayee,**
**and**
**Elias Shamsaldeen**,
Defendants.

# Joint Motion for Continuance

Bisaam Ghafoor, Bareen Dzayee and Elias Shamsaldeen move this Court to continue the status conference in this case for approximately 60 days and declare time excludable from the Speedy Trial Act deadline for the following reason:

1. A status conference is scheduled for November 17, 2026.

2. The government anticipates delivering a second round of discovery to defense counsel the week of November 16, 2026. The requested continuance will allow time for counsel to continue review of ongoing discovery and consult with their respective clients.

3. Counsel has informed Mr. Ghafoor of his rights under the Speedy Trial Act. He understands those rights and does not object to the tolling of speedy trial during the requested time period.

4. Counsel has informed Mr. Dzayee of his rights under the Speedy Trial Act. He understands those rights and does not object to the tolling of speedy trial during the requested time period.

5. Counsel has informed Mr. Shamsaldeen of his rights under the Speedy Trial Act. He understands those rights and does not object to the tolling of speedy trial during the requested time period.

6. For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010).

7. Moreover, in an order declaring this case complex, this Court found that "it is unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Acti because this case is so unusual and so complex given the number of defendants, the nature of the charge, and the volume of discovery." Doc. 49.

8. Government counsel does not object to this request.

Wherefore, Mr. Ghafoor, Mr. Dzayee and Mr. Shamsaldeen move this Court for an order continuing the status conference for approximately 60 days, and to exclude the period from the filing of this motion to the next scheduled hearing date for the purpose of calculating deadlines under the Speedy Trial Act.

Respectfully submitted,

s/ Laquisha Ross
LAQUISHA ROSS, #26834
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
Email: laquisha_ross@fd.org
Attorney for Bisaam Ghafoor

s/Branden L. Smith
BRANDEN L. SMITH, #22761
Smith Legal, LLC
719 Massachusetts Street, Suite 126
Lawrence, KS 66044
Telephone: (785) 856-0780
Fax: (785) 856-0782
branden@smithlegalllc.com
Attorney for Bareen Dzayee

s/Nicholas De Pento
NICHOLAS DE PENTO, #CA 47672
Law Office of Nicholas De Pento
501 W. Broadway, Suite A-410
San Diego, CA 92101
Telephone: (619) 236-1151
Fax: (619) 236-1389
depentolaw@sbcglobal.net
Attorney for Bareen Dzayee

s/Lance D. Sandage
LANCE D. SANDAGE, #17816
Sandage Law, LLC
1600 Genessee Street, Suite 662
Kansas City, MO 64102
Telephone: (816) 753-0800
Fax: (816) 735-4602
lance@sandagelaw.com
Attorney for Elias Shamsaldeen

## CERTIFICATE OF SERVICE

I certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/ Laquisha Ross
LAQUISHA ROSS, #26834